# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROGERO WRIGHT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-609

[June 1, 2016]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever, Judge; L.T. Case Nos. 502010CF007543A and 502010CF0007545A.

Rogero Wright, Daytona Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Mortimer v. State*, 770 So. 2d 743, 744 (Fla. 4th DCA 2000).

WARNER, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***